## First District.

Harry S. Haze, plaintiff, appellee, v. Monroe, Leon & Tees, defendant. A. Franck Philipson, garnishee, appellant. Gen. No. 28,540.

Garnishment against foreign corporation growing out of attachment suit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Luther D. Swanstrom, for appellant. Harvey E. Wynekoop and Heymann F. Tucker, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Rudolph Lamberti, appellant, v. Gegenseitiger Unterstuetzungs-Verein von Chicago (Mutual Benefit and Aid Society), appellee. Gen. No. 28,570.

Motion to vacate judgment upon finding alleged to be ex parte and in defendant's absence. Motion overruled. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Frank O. Campe and Max C. Liss, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Dr. E. R. Butts, plaintiff in error, v. Mrs. George (Grace) Smith and Mr. George Smith, defendants in error. Gen. No. 27,816.

Motion to vacate judgment and reinstate for trial action on claim for dental services. Motion granted. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed. Opinion filed December 10, 1923.

Charles C. Kirk, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Johnston delivered the opinion of the court.